```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14807
    JASON MARKS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3296


-----------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 08/16/2007 and was not confirmed.

    The case was dismissed without confirmation 08/29/2007.
-----------------------------------------------------------------------
CREDITOR NAME           CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                        PAID         PAID
-----------------------------------------------------------------------
ROUNDUP FUNDING LLC     UNSECURED         449.74        .00          .00
GMAC MORTGAGE LLC       SECURED NOT I        .00        .00          .00
GMAC MORTGAGE LLC       SECURED NOT I        .00        .00          .00
CAVALRY PORTFOLIO SERVIC UNSECURED        500.09        .00          .00
PRO SE DEBTOR           DEBTOR ATTY          .00                     .00
TOM VAUGHN              TRUSTEE                                      .00
DEBTOR REFUND           REFUND                                       .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                      ---------------      ---------------
TOTALS                     .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                             /s/ Tom Vaughn
    Dated: 12/05/07         _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE
```